USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :     15-CR-537 (VEC)
        -against-                         :
                                          :     ORDER
CHRISTOPHER IVEY,                         :
                                          :
                        Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 10, 2025, Probation charged Mr. Ivey with two violations of supervised release in its Violation Report;

WHEREAS the Court scheduled a status conference for Thursday, March 20, 2025 at 2:15 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007;

WHEREAS Mr. Ivey's former counsel, Mr. Peter Brill, of the Brill Legal Group, is no longer a member of the CJA Panel; and

WHEREAS Mr. David Greenfield is the CJA attorney on duty on March 20, 2025.

IT IS HEREBY ORDERED that Mr. Greenfield is appointed to represent Mr. Ivey pursuant to the Criminal Justice Act, , 18 U.S.C. § 3006A.  Mr. Greenfield is directed to file a notice of appearance and contact Mr. Ivey promptly.

IT IS FURTHER ORDERED that Probation is directed to send Mr. Greenfield and the Government its March 10, 2025 report.

**SO ORDERED.**

**Dated: March 17, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**