```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

      -against-

CHRISTOPHER IVEY,

                             Defendant.

------------------------------------------------------------ X

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Ivey appeared before the Court for a conference on March 20, 2025.

      IT IS HEREBY ORDERED that the parties appear for a conference on June 20, 2025 at 2:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS FURTHER ORDERED that Probation must provide an update to the Court by June 13, 2025 stating whether Mr. Ivey has completed the requisite community service hours. If Mr. Ivey completes the hours well in advance of the conference, Probation is directed to inform the Court.

**SO ORDERED.**

**Dated: March 20, 2025**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**