```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :        15-CR-537 (VEC)
            -against-               :
                                    :        ORDER
CHRISTOPHER IVEY,                   :
                                    :
                       Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Ivey appeared before the Court for a conference on March 20, 2025; and

WHEREAS another status conference was previously scheduled for June 20, 2025 at 2:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, *see* Dkt. 1919.

IT IS HEREBY ORDERED that the conference is CANCELLED.

**SO ORDERED.**

**Dated: May 22, 2025**
**     New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**